## BEEKMAN V. THE STATE.

*Crime.*

(Decided Nov. 27 1907.)

APPEAL from Clarke County Court.

Heard before Hon. THOMAS W. DAVIS.

WILSON & ALDRIDGE, for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Opinion by ANDERSON, J.

Affirmed.

TYSON, C. J., DOWDELL, and McCLELLAN, JJ., concur.